IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RANDY EVANS, et al. | : | NO. 24-3297 |

## ORDER

**AND NOW**, this 10th day of December, 2025, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 2), and all documents filed in connection with the Petition, and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Docket No. 20), to which no objections have been filed,[1] **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED** without an evidentiary hearing.

3. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability

---

[1] Petitioner requested, and we granted him, two extensions of time in which to file objections to the R&R, which Magistrate Judge Sitarski issued on May 7, 2025. In our August 4, 2025 Order granting his second requested extension, we gave Petitioner a final deadline of September 15, 2025. Petitioner thereafter file an "Application for Stay and Abeyance," seeking to add new claims to his habeas petition and asking us to stay this matter while he exhausts those new claims in the state court. We denied that Application on December 1, 2025. In the meantime, Petitioner has filed no objections to the R&R or advanced any arguments as to why we should not approve and adopt the Magistrate Judge's analysis.

pursuant to 28 U.S.C. § 2253(c)(2).

6. The Clerk is directed to **CLOSE** Civil Action No. 24-3297.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.